## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| JOSE "JOE" BACA, | ) | |
| | ) | |
| Plaintiff, | ) | **CIVIL ACTION NUMBER:** |
| | ) | **1:16-cv-00322-RPM** |
| v. | ) | |
| | ) | |
| THE LINCOLN NATIONAL LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter having come before the Court on the parties' Motion for Leave to Meet and

Confer via Videoconference, it is hereby

### ORDERED AND ADJUDGED

That the Motion is GRANTED.  The parties are permitted to meet and confer as required

by Fed. R. Civ. Proc. 26(f)(2) via videoconference.

DATED: February 29, 2016

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior Judge